

Lester WESTON, etc., et al., Appellants, v.
CHAPMAN DAIRY COMPANY.
No. 9875.

Circuit Court of Appeals, Eighth Circuit.
Nov. 9, 1933.

G. B. Silverman, of Kansas City, Mo., for appellants.

McCune, Caldwell & Downing, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellants, on motion of appellee under rule 16 of this court.

Wallace W. WILLIAMS, Petitioner, v. Honorable William E. BAKER, Judge, United States District Court for the Northern District of West Virginia, Respondent.
No. 3598.

Circuit Court of Appeals, Fourth Circuit.
Jan. 20, 1934.

PER CURIAM.

Order denying mandamus and dismissing petition filed.

W. L. WILSON v. UNITED STATES of America.
No. 6710.

Circuit Court of Appeals, Sixth Circuit.
Feb. 13, 1934.

W. C. Davidson, of Nashville, Tenn., for appellant.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

In the Matter of Frank WINKELMAN and Sam Winkelman, Trading as WINKELMAN BROTHERS, Bankrupts.   Frank Winkelman, Appellant.
No. 256.

Circuit Court of Appeals, Second Circuit.
Feb. 9, 1934.

Benjamin Lichterman and Bernard A. Grossman, both of New York City, for appellant.

Krause, Hirsch & Levin, of New York City (George J. Hirsch, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

W. P. BROWN & SONS LUMBER COMPANY, Brown Realty Company, and Brown Bros. Land & Lumber Company v. COMMISSIONER OF INTERNAL REVENUE.
No. 6492.

Circuit Court of Appeals, Sixth Circuit.
Feb. 8, 1934.

W. W. Spalding, of Washington, D. C., for petitioners.

E. B. Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.